**ORIGINAL**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**FILED**

FEB 2 4 2015

U.S. COURT OF
FEDERAL CLAIMS

By leave of the Judge

| | |
|---|---|
| **LARRY GOLDEN**<br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA**<br>Defendant, | Case No. 13-307<br><br>Judge Susan G. Braden<br><br><br>February 12, 2015 |

## REPLACEMENT DOCUMENTS

Enclosed are the following documents filed by the Patent Owner at the PTAB on January 23, 2015:

- Order Conduct of the Proceeding; Paper 28; Entered February 2, 2015
- Order Conduct of the Proceeding; Paper 29; Entered February 4, 2015
- Patent Owner's Non-Contingent Motion to Amend Claims
- Patent Owner's Response: Motion to Amend Claims
- Patent Owner's Response
- Motion to Amend Patent Owner's Response
- Exhibits 2002 – 2020

The above documents are to replace the documents filed with this court (COFC: Docket #53; Docket text: Response to Docket #44 Notice; Entered 01/14/2015) because the Patent Owner's Response filed on 01/07/2015 was expunged by Order of Judge Lora M. Green at the PTAB.