# EXHIBIT A

LARRY GOLDEN vs. THE UNITED STATES

CASE NO. 13-307 C

NOTICES GIVEN THE UNITED STATES


I. 2006: DoD/DARPA/SPO; BAA06-02;

A.1.4 Defense against Chemical Biological

Radiological Weapons

Abstract for Review to the Attention of:

Attn: Deputy Director Brian Pierce

Dr. Wayne Bryden

Mr. Thomas P. McCreery


II. 2006: HSARPA/SBIR;

1.1 DHS S&T TOPICS

SBIR/STTR TOPIC NUMBER: H-SB06.2-001

TITLE: SYSTEM FOR DESIGNING AND EVALUATING

CHEICAL OR BIOLOGICAL AGENT SENSOR NETWORKS

Abstract for Review to the Attention of:

Mr. Mike McLoughlin


III. 2006: HSARPA/SBIR;

1.1 DHS S&T TOPICS

SBIR/STTR TOPIC NUMBER: H-SB06.2-003

1

TITLE: ADVANCED UNATTENDED GROUND SENSOR (UGS) TECHNOLOGIES

Abstract for Review to the Attention of:

Ms. Leslee Shumway

IV. 2006: SBIR/STTR, SWIFT Tour

September, 2006

Topic: Ten federal agencies collaborate to sponsor the 2006 SWIFT Tour

Executive Summary submitted to each Federal agency participating in the SWIFT Tour included NIH, DOT, NSF, DOE, Navy, Air Force, Army, DARPA, DoD, Chem-Bio Defense, NASA, and the DHS.

Contact Deborah Akwei at (202) 889-5064.

V. 2006: DHS/HSARPA/SBIR

Science and Technology (S&T) Directorate

Topic: High risk, high payoff R&D initiatives

Executive Summary/Proposal submitted by

E-mail correspondence to:

Ms. Elissa (Lisa) Sobolewski;

DHS/SBIR Program Manager

2

VI. 2007: DHS; S&T Directorate

Borders and Maritime Division

Topic: "White Paper" Submission

for SAFECON (BAA07-02A); RFI

Submitted to the attention of:

Margo L. "Margo" Graves;

Team Lead / Contracting Officer


VII. 2007: U.S. Army/ECBC

Topic: ECBC agreed to develop chemical, biological,

and explosives detectors, under the SAFECON BAA.

Collaborative Agreements with:

Daniel M. Nowak; Program Manager

Contact: 410-436-5631; daniel.nowak@us.army.mil

Dr. Augustus W. Fountain III; Chief Scientist

Contact: 410-436-0683; augustus.w.fountain@us.army.mil


VIII. 2007: Senate Committee on Homeland Security and

Governmental Affairs

Topic: Container Security: "White Paper" Submission for DHS;

SAFECON Project; RFI

Letter sent to the Attention of:

Joe Lieberman; Chairman Senate Committee on

Homeland Security and Governmental Affairs

340 Dirksen Senate Office Building

Washington, D.C. 20510


IX. 2007: US Naval Research Laboratory (NRL)

Topic: Biochemical, and logistical preparations to

integrate a biosensor with an appropriate air collector.

Collaborative Agreements with:

Chris R. Taitt; Program Manager

Contact: 202-404-4208; chris.taitt@nrl.navy.mil

Paul T. Charles; Contact person

Contact: 202-404-6064; paul.charles@nrl.navy.mil


X. 2007: DOE/ORNL

Topic: Oak Ridge National Laboratory agreed to develop

Chemical, Explosive, Radiological, and Nuclear detectors

Collaborative Agreements with:

Blair Ross; Program Manager

Contact: 865-576-1034; rossb@ornl.gov

Richard L. Stouder; Contact Person

Contact: 865-574-3053; stouderrl@ornl.gov


XI. 2007: DHS; S&T Directorate

4

Office of Procurement Operations

Topic: "White Paper" Submission

for *"CELL-ALL Ubiquitous Biological*

*and Chemical Sensing"* (BAA07-10); RFP

Submitted to the attention of:

Margo L. "Margo" Graves;

Team Lead / Contracting Officer

XII. 2008: DHS; S&T Directorate

Topic: "Read-Ahead" request made by Edward Turner

prior to a face-to-face meeting at DHS.

Subject matter: "Multi detection; Cell phone detection;

Lock disabling; and, Stall-to-Stop

"Read-Ahead" document submitted to;

and face-to-face meeting held with:

Edward Turner; DHS Program Manager

Doug Lane; DHS Liaison

XIII. 2008: DHS S&T LONG RANGE BROAD

AGENCY ANNOUNCEMENT (BAA08-01)

Topics: Cargo Container Security Device; Cell

Phone Detection System; Stall-to-Stop Device

"White Paper" submitted to the attention of:

David Newton; Acting Division Head,

Borders and Maritime Division

Contact: S&T-BordersMaritime@dhs.gov

XIV. 2008: DoD/DARPA

Strategic Technologies Office; (BAA) 08-10

Topic areas: 1- WMD Defense; 2- Small Unit Operations;

3- Maritime Operations; 4- Core Strategic Technologies.

Submitted: A one-page "Executive Summary"

via the web-based TFIMS application at

http://www.tfirms.darpa.mil/baa

XV. 2008: DHS; S&T Directorate

Office of Procurement Operations

"TRUST" INDUSTRY DAY

Topic: A device to detect WMD threats,

Contraband; CBRNE substances contained

within a maritime shipping container.

Panel discussion and Proposal submission:

Dave Masters; "TRUST" Program Manager

XVI. 2009: DHS; S&T Directorate

Office of Procurement Operations

6

Topic: "White Paper" Submission

for "TRUST" solicitation RFI

Submitted to the attention of:

Emily Graham, Contract Specialist

Contact: 202-254-5611; Emily.graham@dhs.gov

XVII. 2009: DHS; S&T Directorate

Office of Procurement Operations

Topic: Proposal Submission

for *"CELL-ALL Ubiquitous Biological*

*and Chemical Sensing"* (BAA07-10);

E-mail correspondence and proposal to:

Stephen Dennis, Program Manager

http://cellall.webcaston.tv/home/homepage.php>

XVIII. 2009: DHS; S&T Directorate

Topic: "TRUST" (BAA) 09-17: A device to detect

WMD threats, Contraband; CBRNE-H substances

contained within a maritime shipping container.

Full proposal submission made to the attention of:

Director of Innovation

Contact: BAA09-17@hq.dhs.gov

XIX. 2009: DHS LEGISLATIVE AFFAIRS

Topic: Letter of support sent from the Honorable Congressman Bob Inglis office 4th District of South Carolina in reference to the "TRUST" project.

Letter sent to:

Eddie Gleason, DHS Director; OLA

XX. 2010: Subcommittee on Emerging Threats, Cybersecurity, Science and Technology.

Topic Area: CBRNE Security

Meeting Request with U.S. Representative Yvette D. Clarke

1029 Longworth HOB

Letter sent to the Attention of:

Algene Sajery

FBO / U.S. Representative Yvette D. Clarke

1029 Longworth HOB

Washington, DC 20515

XXI. 2010: DHS; S&T Directorate (LRBAA10-01)

Borders and Maritime Division

Topic: Border Security; Maritime Security; Cargo Security

Title of "White Paper" proposal: "Integrated Systems for Border and Maritime Security".

8

"White Paper" submitted to:

SandT-BordersMaritime@dhs.gov


XXII. 2011: DHS; S&T Directorate (LRBAA10-01)

Borders and Maritime Division

Topic: Border Security; Maritime Security; Cargo Security

Title of "White Paper" proposal: "Integrated Systems

for Border and Maritime Security".

Response Letter from: Cherita Thomas

Associate Director/Contracting Officer

Department of Homeland Security

Office of Procurement Operations

Science and Technology Acquisition Division


XXIII. 2011: White House Office of Science and Technology Policy

Executive Office of the President

Topic Area: Brake Override System

Letter sent to the Attention of:

Aneesh Chopra, U.S. Chief Technology Officer

725 17th Street Room 5228

Washington, DC 20502


XXIV. 2011: Larry Golden's written Testimony

9

Topics: *Mandate for brake override systems;*

*Dual-use technology; Economic stimulus package*

Prepared for: THE HONORABLE ANEESH CHOPRA

U.S. CHIEF TECHNOLOGY OFFICER

WHITE HOUSE OFFICE OF SCIENCE AND

TECHNOLOGY POLICY EXECUTIVE OFFICE

OF THE PRESIDENT


XXV. 2011: Larry Golden's written Testimony

Topics: *Mandate for brake override systems;*

*Dual-use technology; Economic stimulus package*

Prepared for: THE HONORABLE DAVID L.

STRICKLAND ADMINISTRATOR NATIONAL

HIGHWAY TRAFFIC SAFETY ADMINISTRATION


XXVI. 2011: Larry Golden's written Testimony

Topics: *Mandate for brake override systems;*

*Dual-use technology; Economic stimulus package*

Prepared for: COMMITTEE ON ENERGY AND

COMMERCE SUBCOMMITTEE ON OVERSIGHT

AND INVESTIGATIONS U.S. HOUSE OF

REPRESENTATIVES

XXVII. 2011: Larry Golden's written Testimony

Topics: *Mandate for brake override systems;*

*Dual-use technology; Economic stimulus package*

Prepared for: THE HONORABLE TREY GOWDY

S.C. REPRESENTATIVE; DISTRICT NUMBER 4

U.S. HOUSE OF REPRESENTATIVES

XXVIII. 2011: Larry Golden's written Testimony

Topics: *Mandate for brake override systems;*

*Dual-use technology; Economic stimulus package*

Prepared for: THE HONORABLE NIKKI HALEY

GOVERNOR S.C. OFFICE OF THE GOVERNOR

XXIX. 2013: Secretary's Office of DHS

Patents: 7,385,497, 7,636,033, 8,106,752,

8,334,761, RE43,891 and RE43,990. Copies

of letters, response to letters, documents,

transcripts and e-mails to then President

Bush, his Cabinet, elected officials in the

U.S. Senate and U.S. Congress. Copies of

abstracts, executive summaries, request for

information, request for proposals, letters,

e-mails, and a read-ahead document submitted

directly to the DHS. Notice of Government Takings of a Patent and patent infringement.

Submissions made to:

Ms. Janet Napolitano, Secretary of DHS

Mr. Ivan K. Fong, General Counsel of DHS