IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LARRY GOLDEN,<br><br>    Plaintiff,<br><br>V.<br><br>UNITED STATES,<br><br>    Defendant. | 1:13-cv-307-SGB<br><br>Judge Susan G. Braden<br><br>August 8, 2017 |

## FINAL CLAIM CHART

On May 24, 2017, the court convened a telephone status conference. Pursuant to the status conference, the court grants Plaintiff leave to file a Final Amended Complaint and a Final Amended Claim Chart by August 15, 2017. The court ordered the Plaintiff in the telephone status conference: "to file a clean amended complaint that includes **all** of your [Plaintiff] concerns, **all** of your [Plaintiff] charges against the Government in one document"… "You're going to put together a **whole** fifth and final complaint and a final claim chart, two documents".

PLAINTIFF LARRY GOLDEN makes the following allegations in support of its claim for relief.

### PARTIES

1. Plaintiff Larry Golden is a citizen of South Carolina and has a principal place of business at 740 Woodruff Road, #1102, Greenville, S.C. 29607.

2. The United States is the Defendant to this action based upon the actions and conduct of its agents, including at least the following agencies: Department of Homeland Security (DHS), Domestic Nuclear Detection Office (DNDO), Department of Defense (DoD), U.S. Defense Advanced Research Projects Agency (DARPA), National Science Foundation

RECEIVED - USCFC

AUG 10 2017

(NSF), Department of Air Force (DOAF), National Institutes of Health (NIH), National Aeronautics and Space Administration (NASA), Department of Energy (DOE), Department of the Army (DOA), U.S. Army Edgewood Chemical Biological Center (ECBC), Army Research Laboratory (ARL), Department of the Navy (DON), U.S. Naval Air Systems Command (NAVAIR), Office of Naval Research's (ONR), U.S. Naval Research Laboratory (NRL), U. S. Army Communications-Electronics Research, Development and Engineering Center (CERDEC), Defense Threat Reduction Agency (DTRA), Environmental Protection Agency (EPA), and Federal Emergency Management Agency (FEMA), General Services Administration (GSA), Department of Justice (DOJ), Joint Program Executive Office for Chemical and Biological Defense (JPEO-CBD); Joint Acquisition Chemical Biological Radiological Nuclear Knowledge System (JACKS); Chemical Biological Radiological Nuclear Information Resource Center (CBRN-IRC), Defense Advanced Research Project Agency (DARPA), Homeland Security Advanced Research Project Agency (HSARPA), Department of Homeland Security Science & Technology Directorate (DHS/S&T), Department of Energy; Oak Ridge National Laboratory (DOE/ORNL), The Air Force Research Laboratory (AFRL), Department of Homeland Security Integrated Chemical Biological Radiological Nuclear Explosives (DHS/ICBRNE), and all other Government Agencies and personnel named in this pleadings.

## JURISDICTION

3. This is a claim pursuant to 28 U.S.C. §§ 1491(a) and 1498(a) for recovery of Plaintiff's reasonable and entire compensation for the unlicensed use and manufacture, for and by the United States, of inventions described in and covered by United States Patent Numbers: 7,385,497; 7,636,033; 8,106,752; 8,334,761; 8,531,280; RE43,891; RE43,990; 9,096,189;

9,589,439, and the Continuation Patent Application 15/530,839 filed March 06, 2017 that published on 06/29/2017 under Publication No: US 2017-0186259 A1.

4. The jurisdiction of this Court is based on the provisions of 28 U.S.C. §§ 1491(a) and 1498(a).

5. 28 U.S.C. § 1491(a): The United States Court of Federal Claims shall have jurisdiction to render judgment upon any claim against the United States founded either upon the Constitution, or any Act of Congress or any regulation of an executive department, or upon any express or implied contract with the United States, or for liquidated or unliquidated damages in cases not sounding in tort.

6. The Fifth Amendment of the United States Constitution includes a provision known as the Takings Clause, which states that "private property [shall not] be taken for public use, without just compensation."

7. 28 U.S.C. § 1498(a): Whenever an invention described in and covered by a patent of the United States is used or manufactured by or for the United States without license of the owner thereof or lawful right to use or manufacture the same, the owner's remedy shall be by action against the United States in the United States Court of Federal Claims for the recovery of his reasonable and entire compensation for such use and manufacture.

Respectfully submitted,

s/ Larry Golden
Larry Golden
Plaintiff, Pro Se
740 Woodruff Rd., #1102
Greenville, South Carolina 29607
atpg-tech@charter.net

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 8th day of August, 2017, a true and correct copy of the foregoing FINAL AMENDED COMPLAINT §§ 1491(a) and 1498(a) and FINAL CLAIM CHART was served upon the following defendant by the methods indicated below:

        Nicholas J. Kim
        Trial Attorney
        Commercial Litigation Branch
        Civil Division
        Department of Justice
        Washington, DC 20530
        (By: Overnight Express Mail)

/s/ *Larry Golden*
Larry Golden, Pro Se
740 Woodruff Rd., #1102
Greenville, South Carolina 29607
atpg-tech@charter.net