# In the United States Court of Federal Claims

**FILED**
**MAY 1 2018**
**U.S. COURT OF FEDERAL CLAIMS**

LARRY GOLDEN )
          Plaintiff(s), )
 ) Case No. 13-307 C
v. )
 ) Judge SUSAN BRADEN
THE UNITED STATES, )
          Defendant. )

## NOTICE OF APPEAL

Notice is hereby given that **LARRY GOLDEN** in the
(list all parties taking the appeal)

above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from

the **MMEMORANDUM OPINION AND ORDER GRANTING-IN-PART...** entered in this action on
(describe document being appealed; e.g. final judgment, order)

**03/29/2018   DKT. NO.: 130**.
(filed date of document being appealed)

*(Signature)*
(Signature of Appellant of Attorney)

**Larry Golden**
(Printed Name)

**740 Woodruff Rd., #1102**
(Street Address)

**Greenville, SC 29607**
(City, State, ZIP Code)

**864-288-5605**
(Phone Number)

Received - USCFC
MAY - 1 2018