## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LARRY GOLDEN, | |
| Plaintiff, *pro se*, | No. 13-307 C |
| v. | Senior Judge Eric G. Bruggink |
| THE UNITED STATES, | |
| Defendant. | |

### CERTIFICATE OF SERVICE ON QUALCOMM

Pursuant to Rule 14(b) and the Court's April 16, 2019 order (Dkt. 166), the United States ("the Government") files with the Clerk its return of service on Qualcomm Inc., indicating completion of the required service of the Clerk's RCFC 14 Notice (*see* Dkt. 169). With the Notice, the Government also served Plaintiffs' Original Complaint (Dkt. 1), Plaintiff's Final Amended Complaint (Dkt. 120), and Defendant's Motion to Provide Notice to Interested Parties (Dkt. 161). A copy of the return receipt evidencing service of the original copy of the Notice is also filed with this certificate. *See* Exhibit 1.

Received - USCFC

MAY 30 2019

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JOSEPH H. HUNT<br>Assistant Attorney General |
|  | GARY L. HAUSKEN<br>Director |
| May 30, 2019 | _____<br>NICHOLAS J. KIM<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>Washington, DC  20530<br>*Nicholas.J.Kim@usdoj.gov*<br>T: (202) 616-8116<br>F: (202) 307-0345 |
|  | *Attorneys for the United States* |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing "CERTIFICATE OF SERVICE ON QUALCOMM" was deposited with Federal Express on May 30, 2019, postage pre-paid, to:

Larry Golden
740 Woodruff Road
#1102
Greenville, SC 29607

Plaintiff, *pro se*

_____
Nicholas J. Kim
Department of Justice

# Exhibit 1

# In the United States Court of Federal Claims

**LARRY GOLDEN,**

No. 13-307 C

v.

**UNITED STATES**

## NOTICE

To:    Qualcomm Inc.
c/o The Prentice Hall
Corporation System, Inc.
251 Little Falls Drive
Wilmington, DE 19808
(302) 636-5400

    Pursuant to Rule 14 of the Rules of the United States Court of Federal Claims, you are hereby notified of the above-captioned case in which you may have an interest in the subject matter. If you have an interest in the subject matter of this case, within forty-two (42) days after service of this Notice upon you, you may file a complaint or answer herein in accordance with Rule 14. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Complaint, Amended Complaint, and Defendant's Motion to Provide Notice to Interested Parties.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 22nd day of April, 2019.

**Lisa L. Reyes**
U.S. Court of Federal Claims

By: _____
Deputy Clerk

## RETURN OF SERVICE

    Service of the above Notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on _May 13, 2019_.
                              (Date)

_____
Attorney of Record

**USPS First-Class Mail envelope window (return address):**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4 in this box •

Nicholas J. Kim
1100 L St. NW
Washington, DC 20005
Room 8508

**Domestic Return Receipt (PS Form, January 2004):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Qualcomm Inc.
c/o The Prentice-Hall Corporation System, Inc.
251 Little Falls Drive
Wilmington, DE 19808

COMPLETE THIS SECTION ON DELIVERY

A. Signature: Paul Sisois
   ☐ Agent
   ☐ Addressee
B. Received by (Printed Name): Paul Sisois
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

(Stamp: MARSHALL'S OFFICE MAY 13 2019)

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7014 2870 0000 7276 9833

PS Form, January 2004   Domestic Return Receipt   102595-02-M-1540