## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

LARRY GOLDEN,

        Plaintiff,

v.

THE UNITED STATES OF AMERICA,

        Defendant.

Case No. 1:13-cv-00307-EGB

Senior Judge Eric G. Bruggink

### OSHKOSH CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Oshkosh Corporation ("Oshkosh"), by its undersigned counsel, hereby files its corporate disclosure statement pursuant to Rule 7.1 of the Rules of the Court of Federal Claims, and states that Oshkosh is a publicly held corporation, and that no publicly held corporation owns 10 percent or more of Oshkosh's stock.

Dated: June 17, 2019

OF COUNSEL:

Scott Arnold
Dipu A. Doshi
Megan R. Wood
**BLANK ROME LLP**
1825 Eye Street NW
Washington, DC 20006
Tel: (202) 420-2200
SArnold@BlankRome.com
DDoshi@BlankRome.com
MWood@BlankRome.com

By: _____

Salvatore P. Tamburo
**BLANK ROME LLP**
1825 Eye Street, NW
Washington, DC 20006
Tel: (202) 420-2200

*Counsel for Oshkosh Corporation*

RECEIVED - USCFC
JUN 17 2019

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2019, the foregoing was filed in person with the Court. Additionally, I hereby certify that a true and correct copy of the foregoing was sent on June 17, 2019, via Federal Express, postage prepaid, to:

Larry Golden
740 Woodruff Road #1102
Greenville, SC 29607

Plaintiff, *pro se*

Nicholas Jae-Ryoung Kim
U.S. Department of Justice - Civil Division (G)
Post Office Box 480
Ben Franklin Station
Washington, DC 20044
(202) 616-8116
Fax: (202) 307-0345
Email: nicholas.j.kim@usdoj.gov

Counsel for Defendant

By: _____
Salvatore P. Tamburo