# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LARRY GOLDEN, | Case No: 19-104C |
| Plaintiff, | |
| V. | Judge: Eric G. Bruggink |
| UNITED STATES, | June 29, 2019 |
| Defendant. | |

### Plaintiff's Motion for a "Stay in Case No. 13-307C

Plaintiff is seeking a "Stay" in Case No. 13-307C for the following reasons:

Plaintiff is considering filing a petition at the Patent Office (under the Administrative Procedures Act) to withdraw / unwind the cancellation certificate regarding the independent claims 11, 74, & 81 of the Plaintiff's RE43,990 patent. The *Return Mail, Inc. v. United States Postal Service* decision was based on "subject matter jurisdiction," which means it is Supreme Court law now that the entire action against Plaintiff's patent was outside of the Agency's statutory authority. The "cure" will be to ask them to nuke the resulting certificate.

Plaintiff is considering filing an appeal at the United States Court of Appeals for the Federal Circuit in case no. 19-104C. "NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $505.00" (Judgement in Case No. 19-104C; Dkt. No. 13: filed 05/15/2019).

Received - USCFC

JUL - 2 2019

Defendant (Government) has been granted leave. "… undersigned Government counsel plans to take leave from mid-August to early September to assist with a newborn child. During that time, the undersigned expects to be generally unavailable" (Case No. 13-307C; Dkt. No. 172: filed 05/30/2019).

Plaintiff has asked the Defendant (Government) if they would oppose a "Stay" in this case. "[w]e will not oppose a motion to stay the Court of Federal Claims case pending resolution of your contemplated petition to the USPTO" (e-mail correspondence received from Mr. Kim on June 27, 2019)

Respectfully submitted,

S/ *Larry Golden*
Larry Golden
Plaintiff, Pro Se
740 Woodruff Rd., #1102
Greenville, South Carolina 29607
atpg-tech@charter.net

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing "Plaintiff's Response to Order to respond to the Government's Motion for Claim Construction" was sent on June 29, 2019 via U.S. Postal service "priority mail", to:

>NICHOLAS J. KIM
>Trial Attorney
>Commercial Litigation Branch
>Civil Division
>Department of Justice
>Washington, DC  20530
>Email: *Nicholas.J.Kim@USDOJ.gov*
>Telephone:   (202) 616-8116
>Facsimile:   (202) 307-0345

**PRESS FIRMLY TO SEAL**   **PRESS FIRMLY TO SEAL**   **PRIORITY MAIL EXPRESS POSTAGE REQUIRED**

# PRIORITY ★ MAIL ★ EXPRESS™
**OUR FASTEST SERVICE IN THE U.S.**


RECEIVED
JUL -2 2019
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.



US POSTAGE AND FEES PAID
PM EXPRESS
Jun 29 2019
Mailed from ZIP 29681
PME Flat Rate Env

CID: 174819
CommercialPlusPrice

**PRIORITY MAIL EXPRESS 2-DAY**

E

LARRY GOLDEN
740 WOODRUFF RD APT 1102
GREENVILLE SC 29607

NO SUNDAY OR HOLIDAY DELIVERY
SIGNATURE REQUIRED

SHIP TO:
US COURT OF FEDERAL CLAIMS CASE NO. 13-307C JUD
HOWARD T MARKEY NATIONAL COURT BLDG
717 MADISON PLACE NW
WASHINGTON DC 20439-0001

USPS SIGNATURE TRACKING #
9481 7102 0088 3136 8176 32

C000 0007

Shipped using PostalMate®
Pkg:419668

endicia.


This envelope is made from post-consumer waste. Please recycle - again.