FORM 2.  Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of the UNITED STATES COURT OF FEDERAL CLAIMS

Form 2 Rev. 03/16

# United States Court of Federal Claims

Larry Golden, Plaintiff,

v.  Case No. 13-307C

The United States, Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Larry Golden (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from an Order (from the final judgment) ((from an order) (describe the order)) entered in this action on May 8, 2019

_[signature]_
(Signature of appellant or attorney)

Larry Golden

740 Woodruff Road, #1102

Greenville, SC 29607

atpg-tech@charter.net

(Address of appellant or attorney and e-mail address)

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.