# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

LARRY GOLDEN
Plaintiff

v.

THE UNITED STATES
Defendant

RECEIVED
JUL 08 2019
United States Court of Appeals
For The Federal Circuit

NOTICE OF APPEAL FROM THE UNITED STATES COURT OF
FEDERAL CLAIMS IN
1:19-cv-104 (19-104C) and 1:13-cv-307 (13-307C)
JUDGE ERIC G. BRUGGINK

## NOTICE OF APPEAL

LARRY GOLDEN
740 Woodruff Rd., #1102
Greenville, S.C. 29607
(864-288-5605)
Atpg-tech@charter.net

Appearing ProSe

July 5, 2019

Received - USCFC
JUL 12 2019

## STATEMENT OF RELATED CASES

Despite the Plaintiff's opposition, the Trial Court's Judge Bruggink combined Plaintiff's 28 U.S.C. § 1491(a) Government "Takings" claim under the Fifth Amendment Clause, in Case No. 19-104C, with Plaintiff's 28 U.S.C. § 1491(a) Government "Takings" claim under the Fifth Amendment Clause, in Case No. 13-307C.

ORDER; "Because this action shares the identical questions of law and fact with Golden's, No. 13-307C, and it is in the interest of judicial economy to consider them together, it is proper to consolidate the cases. *Golden v. United States*, 19-104C, therefore is consolidated with *Golden v. United States*, 13-307C. Signed by Senior Judge Eric G. Bruggink. (ew) Service on parties made. (Entered: 01/29/2019)" (Case No. 19-104C; Dkt. No. 4; filed 01/29/2019)

Plaintiff is prepared to submit an additional $505.00 dollars filing fee if the Federal Circuit determines the Plaintiff's 28 U.S.C. § 1491(a) Government "Takings" claim under the Fifth Amendment Clause, in Case Nos. 19-104C and 13-307C should be taken up separately.

Sincerely,

*Larry Golden*

Larry Golden, Plaintiff

Received - USCFC
JUL 12 2019

FORM 2. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of the UNITED STATES COURT OF FEDERAL CLAIMS

Form 2
Rev. 03/16

# United States Court of Federal Claims

Larry Golden                          Plaintiff,

                                      v.    Case No.   13-307C

The United States                     Defendant.

**NOTICE OF APPEAL**

Notice is hereby given that Larry Golden (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from an Order (from the final judgment) ((from an order) (describe the order)) entered in this action on May 8, 2019

_____
(Signature of appellant or attorney)

Larry Golden

740 Woodruff Road, #1102

Greenville, SC 29607

atpg-tech@charter.net

(Address of appellant or attorney and e-mail address)

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

FORM 2. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of the UNITED STATES COURT OF FEDERAL CLAIMS

Form 2
Rev. 03/16

# United States Court of Federal Claims

Larry Golden         , Plaintiff,

v.   Case No.   19-104C

The United States    , Defendant.

## NOTICE OF APPEAL

Notice is hereby given that  Larry Golden  (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit  from the Final Judgement  (from the final judgment) ((from an order) (describe the order)) entered in this action on  May 15, 2019

_[signature]_
(Signature of appellant or attorney)

Larry Golden

740 Woodruff Road, #1102

Greenville, SC 29607

atpg-tech@charter.net

(Address of appellant or attorney and e-mail address)

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.



# United States Court of Appeals
## for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

Peter R. Marksteiner
Clerk of Court

Clerk's Office
202-275-8000

July 10, 2019

Mr. Larry Golden
ATPG Technology, LLC
740 Woodruff Road, #1102
Greenville, SC 29607

Re:   Notice of Appeal (19-104C) and (13-307C)

Mr. Golden,

This is in reference to the filing fee and Notice of Appeal which the court received on July 8, 2019. Your check (#1062) for the amount of $505.00 was filed in our court in error. Appeals from the U.S. Court of Federal Claims Court must be filed directly with that court and the filing fee is $505.00.

Please remit your payment of $505.00 to the Clerk, U.S. Court of Federal Claims. Should you have any questions, please contact the Clerk's Office at (202) 275-8000.

Respectfully,

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court



**PRIORITY MAIL EXPRESS**

OUR FASTEST SERVICE IN THE U.S.

PRESS FIRMLY TO SEAL

**UNITED STATES POSTAL SERVICE® PRIORITY MAIL EXPRESS®**

CUSTOMER USE ONLY
FROM: (PLEASE PRINT) PHONE 864-288-5605

Larry Golden
740 Woodruff Rd., Apt. 1102
Greenville, SC 29607

DELIVERY OPTIONS (Customer Use Only)
☒ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT) PHONE ( )

CLERK OF COURT
UNITED STATES COURT OF APPEALS FOR THE
FEDERAL CIRCUIT
717 MADISON PLACE NW
WASHINGTON, DC
ZIP+4 20439

U.S. POSTAGE PAID
PME 1-Day
GREENVILLE, SC 29606
JUL 05, 19
AMOUNT
**$25.50**
R2307M152603-05

EJ 065 254 242 US

PAYMENT BY ACCOUNT (if applicable)

ORIGIN (POSTAL SERVICE USE ONLY)
☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO
PO ZIP Code: 29606
Scheduled Delivery Date: 7/6/19
Postage: $25.50
Date Accepted: 7/5/19
Scheduled Delivery Time: ☐ 10:30 AM ☒ 3:00 PM ☐ 12 NOON
Time Accepted: 10:46 AM
Weight: 4 lbs 9 oz
Acceptance Employee Initials: JC
Total Postage & Fees: $25.50

EP13F July 2013  OD: 12.5 x 9.5

PS10001000006

◄ PEEL FROM THIS CORNER

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®