# In the United States Court of Federal Claims

No. 13-307C
(Filed: July 18, 2019)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

LARRY GOLDEN,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On July 2, 2019, plaintiff filed a motion to stay this case pending resolution of a petition that he may file at the United States Patent and Trademark Office ("USPTO"). The court directed the government to respond to plaintiff's motion, stating whether it opposes a stay. In the meantime, plaintiff filed an appeal in this case to the United States Court of Appeals for the Federal Circuit.

The government responded to plaintiff's motion to stay on July 12, 2019, stating that it does not oppose a stay for the duration of plaintiff's contemplated petition at USPTO. The government requested courtesy copies from plaintiff of correspondence between plaintiff and USPTO regarding his petition.

Because plaintiff's motion to stay is unopposed and, in any event, Mr. Golden has filed an appeal in this matter, we grant plaintiff's motion to stay. The schedule in this matter both for parties and for non-parties is therefore stayed. Plaintiff is directed to supply the government with courtesy copies of correspondence between plaintiff and USPTO to keep the government up to date on the status of plaintiff's petition.

Plaintiff is directed to file a status report within two weeks of the

conclusion of his contemplated USPTO petition.

_____
ERIC G. BRUGGINK
Senior Judge