# In the United States Court of Federal Claims

No. 13-307 C

Filed: November 10, 2021

| | |
|---|---|
| **LARRY GOLDEN** | |
| v. | **JUDGMENT** |
| **UNITED STATES** | |

Pursuant to the court's Opinion, filed November 10, 2021, granting defendant's motion to dismiss and denying plaintiff's cross-motion for summary judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(b), that plaintiff's complaint is dismissed, with prejudice, for failure to comply with Patent Rule 4 and to comply with a court order.
.

Lisa L. Reyes
Clerk of Court

By:   *Debra L. Samler*

Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $505.00.