# In the United States Court of Federal Claims

LARRY GOLDEN
_____
Plaintiff(s),

v.

THE UNITED STATES,

_____
Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No.  1:13-cv-00307-EGB

Judge  Eric G. Bruggink

## NOTICE OF APPEAL

Notice is hereby given that  Larry Golden _____ in the
                                             (list all parties taking the appeal)

above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from

the  JUDGEMENT _____ entered in this action on
        (describe document being appealed; e.g. final judgment, order)

11/10/21 _____ .
        (filed date of document being appealed)

_____
(Signature of Appellant or Attorney)

Larry Golden
_____
(Printed Name)

740 Woodruff Rd., #1102
_____
(Street Address)

Greenville, SC 29607
_____
(City, State, ZIP Code)

864-288-5605
_____
(Phone Number)

Received - USCFC

NOV 23 2021