# United States Court of Appeals for the Federal Circuit

---

**LARRY GOLDEN, DBA ATPG TECHNOLOGY, LLC,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2022-1196

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00307-EGB, Senior Judge Eric G. Bruggink.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered September 8, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellee United States in the amount of $448.32 and taxed against the appellant.

FOR THE COURT

November 1, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court